JS-6

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBC CHARTERING CARRIERS GMBH & CO KG,<br><br>  Petitioner,<br><br>  v.<br><br>SCL-NIELSEN MULTIMODAL TRANSPORT, INC.,<br><br>  Respondent. | Case No. 5:23-cv-02549-KK-MRWx<br><br>**JUDGMENT** |

The Court, having granted Petitioner BBC Chartering Carriers GMBH & Co. KG's ("BBC") Petition for Confirmation, Recognition, and Enforcement of Foreign Arbitral Awards and Motion for Default Judgment in favor of BBC and against SCL-Nielsen Multimodal Transport, Inc. ("SCL"), which came on regularly for hearing on May 23, 2024 at 9:30 a.m. in Courtroom 3 of the above entitled court, now hereby orders that BBC shall have and recover from SCL judgment as follows:

    1.    The final arbitration award (the "Award") rendered on September 12, 2023 in the matter of BBC Chartering Carriers GMBH & Co. KG. vs. SCL-Nielsen Multimodal Transport, Inc., is confirmed;

    2.    The final arbitration award on Jurisdiction (the "Jurisdictional Award") rendered on April 28, 2023 in the matter of BBC Chartering Carriers GMBH & Co.

KG. vs. SCL-Nielsen Multimodal Transport, Inc., is confirmed; and

    3.    Judgment shall be entered in conformity with the Award and Jurisdictional Award as follows:

    a.    SCL-Nielsen Multimodal Transport, Inc. ("SCL") shall pay to BBC the principal amount of BBC's claim of USD 1,281,083.33 plus interest accrued at the rate of 5% per annum compounded at three-monthly rests, from the date of March 24, 2022 to the date of this judgment, both dates inclusive.

    b.    SCL shall pay to BBC the cost of the Award in the amount of GBP 2,550 plus interest accrued at the rate of 5% per annum compounded at three-monthly rests from September 25, 2023 to the date of this judgment, both dates inclusive, to be converted to U.S. Dollars with the most current exchange rate on the day that the judgment is entered.

    c.    SCL shall pay to BBC the cost of the Jurisdictional Award in the amount of GBP 7,200 plus interest accrued at the rate of 5% per annum compounded at three-monthly rests from May 26, 2023 to the date of this judgment, both dates inclusive, to be converted to U.S. Dollars with the most current exchange rate on the day that the judgment is entered.

    4.    This judgment will bear interest at the post-judgment rate pursuant to 28 U.S.C. §1961 from the date of this judgment until the date that the judgment is paid in full.

DATED: May 30, 2024

*[signature]*

United States District Judge
Honorable Kenly Kiya Kato